J. Curtis Edmondson, CSB# 236105
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson @edmolaw.com

Attorney for Defendant  JOHN DOE IP address 98.210.157.252

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MALIBU MEDIA, LLC | ) Case No.: 3:15- cv-04291 |
|---|---|
| Plaintiff, | ) |
|  | ) NOTICE OF MOTION AND MOTION |
| vs. | ) TO DISMISS AND TO QUASH THE |
|  | ) SUBPOENA ON COMCAST AND/OR |
|  | ) ENTER A PROTECTIVE ORDER |
| JOHN DOE subscriber assigned | ) |
| IP address  98.210.157.252 | ) DECLARATION OF J. CURTIS |
|  | ) EDMONDSON |
|  | ) |
| Defendant | ) DOE IP address 98.210.157.252 |
|  | ) |
| . | ) FRCP §12(b)(6) and 12(e) |
|  | ) |
|  | Hon. William Alsup |
|  | Hearing Date:  Thursday, March 3, 2016 |
|  | Hearing Time:  8:00 am |

**Declaration of J. Curtis Edmondson in Support of the Motion**

I. J. Curtis Edmondson, declare this to be true under penalty of perjury, pursuant to 28 U.S.C. 1746 on the date set forth at my signature below:

1. I am an attorney licensed to practice in the State of California and have been admitted to the bar of the Northern District of California.  I am counsel of record in this matter.
2. I am a patent attorney with an undergraduate degree and masters degree in electrical engineering.  I am also a licensed professional electrical engineer.
3. Prior to passing the bar, I wrote and managed software development. I am familiar with various electronic protocols used to transfer data over the internet.
4. Attached a true and correct copies of three articles regarding the architecture of Bittorrent.  There are numerous articles on the Bittorrent architecture.
5. It is generally accepted in the computer industry that the term "bit" refers to a single binary digit, or a "1 or 0".  Assuming that Malibu Media is using standard industry terminology, their complaint inaccurately describes the Bittorrent Protocol.
6. I have handled numerous "Bittorrent" cases.  The allegation of that they have downloaded "porn" is stressful to my clients, especially if they are members of a more conservative Judeo-Christian (Christian, Jewish, Muslim) denominations.
7. In almost all cases, my clients have never been sued before and are at loss why they are part of this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of December, 2015, at Hillsboro, Oregon.

/s/ J. Curtis Edmondson
Declarant