```
1   J. Curtis Edmondson, CSB# 236105
    Venture Commerce Center
2   3699 NW John Olsen Place
    Hillsboro, OR 97124
3   Phone: 503-336-3749
    Fax: 503-482-7418
4   Email: jcedmondson @edmolaw.com
5
    Attorney for Defendant(s) DOE IP address 98.210.157.252
6
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC | Case No.: 3:15- cv-04291 |
| Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS AND TO QUASH THE SUBPOENA ON COMCAST AND/OR ENTER A PROTECTIVE ORDER |
| vs. | |
| JOHN DOE subscriber assigned IP address 98.210.157.252 | REQUEST FOR JUDICIAL NOTICE |
| | DOE IP address 98.210.157.252 |
| Defendant | FRCP §12(b)(6) and 12(e) |
| . | Hon. William Alsup |
| | Hearing Date: Thursday, March 3, 2016 |
| | Hearing Time: 8:00 am |

**TO ALL COUNSEL AND THEIR ATTORNEY'S OF RECORD:**

**PLEASE TAKE NOTICE:**

Defendant JOHN DOE address 98.210.157.252 requests judicial notice of the following documents under the Federal Rules of Evidence 201(b).

The architecture and nomenclature of the BIT TORRENT protocol as supported by the following authoritative research articles.

1. Johnsen, Karlsen, Kirkeland *Peer-to-peer networking with BitTorrent* (2005) Dept of Telematics, NTNU
2. Nam, *Analysis of BitTorrent Protocol and Its Effect on the Network* (2011) Simon Fraser University.
3. Qui, Sriant, Modeling and Performance Analysis of BitTorrent-Like Peer-to-Peer Networks (2004) SIGCOMM'04, Aug. 30–Sept. 3, 2004, Portland, Oregon, USA.

Respectfully submitted,

Dated: December 9, 2015      /s/ J. Curtis Edmondson
                             J. Curtis Edmondson