J. Curtis Edmondson, CSB# 236105
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson @edmolaw.com

Attorney for Defendant  JOHN DOE IP address 98.210.157.252

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC | Case No.: 3:15- cv-04291 |
| Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS AND TO QUASH THE SUBPOENA ON COMCAST AND/OR ENTER A PROTECTIVE ORDER |
| vs. | |
| JOHN DOE subscriber assigned IP address 98.210.157.252 | PROOF OF SERVICE |
| | DOE IP address 98.210.157.252 |
| Defendant. | FRCP §12(b)(6) and 12(e) |
| | Hon. William Alsup |
| | Hearing Date: Thursday, March 3, 2016 |
| | Hearing Time: 8:00 am |

**PROOF OF SERVICE**

    I hereby certify that on December 9, 2015, a copy of the foregoing was filed by CM/ECF with the Civil Clerk at the Northern District of California. The following will receive a copy of the foregoing by electronic copy:

1. MOTION TO DISMISS, FOR A MORE DEFINITIVE STATEMENT, AND/OR FOR A PROTECTIVE ORDER, REQUEST FOR JUDICIAL NOTICE, AND DECLARATION OF J. CURTIS EDMONDSON
2. *Proof of Service*

Brenna E. Erlbaum (SBN: 296390)
**HEIT ERLBAUM, LLP**
501-I South Reino Rd #344
Newbury Park, CA 91320
[phone]: (805) 231.9798
Brenna.Erlbaum@HEla

Dated: 12/9/2015                                  Respectfully Submitted,

                                                                            /x/ Jessica Hake