IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04291 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.210.157.252 | **ORDER EXTENDING DEADLINE TO EFFECTUATE SERVICE OF PROCESS** |
| Defendant. | |

Defendant has filed a motion to dismiss. The deadline to effectuate service of process was January 18, 2016. Plaintiff filed a motion seeking to extend the deadline to effectuate service. Plaintiff shall have **FOUR WEEKS** after the date of an order on defendant's motion to dismiss.

**IT IS SO ORDERED.**

Dated: January 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE